MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
TAMI D. COWDEN
Nevada Bar No. 08994
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email: ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          cowdent@gtlaw.com
*Counsel for Defendants, Clark County School District and Jesus Jara*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E.,<br><br>Plaintiff,<br><br>v.<br><br>KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA, CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (a) and (b)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 684307646v1

Pursuant to the provisions of 28 U.S.C. § 1441(a) & (b) and 28 U.S.C. § 1446, Defendants Clark County School District ("CCSD") and Jesus Jara (collectively the "CCSD Defendants"), by and through their counsel, GREENBERG TRAURIG, LLP, file this Notice of Removal from the District Court of Clark County, Nevada, to the United States District Court for the District of Nevada.  In support of removal, the CCSD Defendants state as follows:

1. The above-entitled action was commenced in the Eighth Judicial District Court, in and for Clark County, Nevada, Case No. A-22-862740-C, and is now pending in that Court ("State Court Action").

2. Plaintiffs Candra Evans, individually and as parent to R.E., and Terrell Evans, individually and as parent to R.E., commenced the State Court Action by filing a Complaint ("Complaint") on December 16, 2022.  (A copy of the Complaint is attached hereto as **Exhibit A**.)

3. The Complaint was served on Defendant CCSD on December 20, 2022.  The Complaint was served on Defendant Jesus Jara on December 20, 2022.

4. An Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction was filed in the State Court Action on December 16, 2022.  A meeting was held in chambers on the Application for Temporary Restraining Order on December 20, 2022 prior to the service of the Complaint on any Defendants.  During the meeting, the TRO was denied.  A hearing on the Motion for Preliminary Injunction is scheduled in the State Court Action for January 3, 2023.  A copy of the Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction is attached hereto as **Exhibit B**, however it was not properly served upon CCSD or Jara.

5. On its face, the Complaint alleges that the CCSD Defendants violated Title IX – 20 U.S.C. § 1681(A), and the First and Fourteenth Amendments of the U.S. Constitution.

6. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by the CCSD Defendants pursuant to 28 U.S.C. § 1441(a) and (b) in that it asserts alleged violations of 20

1  U.S.C. §1681(A), and the First and Fourteenth Amendments of the U.S. Constitution, and
2  therefore presents federal questions.

3      7.    This Court has jurisdiction over the Complaint's claims that arise under state
4  law because federal questions predominate this action and the federal and state law claims
5  arise from the same nucleus of operative fact and comprise but one constitutional case.  See
6  28 U.S.C. §§ 1367, 1441(c).

7      8.    This Court is the proper venue for the removal of this action because it is the
8  district court of the United States for the district and division embracing the place where the
9  action is pending.  See 28 U.S.C. § 1441(a).

10      9.    Thirty days have not elapsed since the CCSD Defendants were served with the
11  Complaint.

12      10.    Pursuant to Section 28 U.S.C. § 1441, the CCSD Defendants are entitled to
13  remove this action to this Court.

14      11.    A true and correct copy of this Notice of Removal is being served on all named
15  parties to this suit that have lodged an appearance in the State Court Action and filed this date
16  with the Clerk of the Eighth Judicial District Court.

17      12.    If any question arises as to the propriety of this removal, the CCSD Defendants
18  request the opportunity to brief any disputed issues and to present oral argument in support of
19  its position that this case is properly removable.

20      13.    Nothing in this Notice of Removal shall be interpreted as a waiver or
21  relinquishment of the CCSD Defendants' right to assert any defense or affirmative matter,
22  including, but not limited to, the defenses of lack of jurisdiction over the person, improper
23  venue, insufficiency of process, insufficiency of service of process, failure to state a claim,
24  fraudulent joinder or any other procedural or substantive defense available to the CCSD
25  Defendants.

26  / / /
27  / / /
28  / / /

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Based on the foregoing, the CCSD Defendants hereby remove the State Court Action to this Court. Respectfully submitted this 29th day of December 2022.

GREENBERG TRAURIG, LLP

By: /s/ Kara B. Hendricks
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
TAMI D. COWDEN
Nevada Bar No. 08994
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email: ferrariom@gtlaw.com
         hendricksk@gtlaw.com
         cowdent@gtlaw.com
*Counsel for Defendants, Clark County School District and Jesus Jara*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 29, 2022**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                        */s/ Evelyn Escobar-Gaddi*
                                        An employee of GREENBERG TRAURIG, LLP

ACTIVE 684307646v1

| INDEX OF EXHIBITS | |
|---|---|
| **Exhibit** | **Description** |
| Exhibit A | Complaint |
| Exhibit 2 | Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction |

ACTIVE 684307646v1