# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E., <br><br> Plaintiff(s), <br><br> v. <br><br> KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive, <br><br> Defendant(s). | 2:22-cv-02171-JAD-VCF <br><br> **ORDER** |

Before the court is *Candra Evans, et al. v. Kelly Hawes, et al.*, case number 2:22-cv-02171-JAD-VCF.

On December 29, 2022, this matter commenced as a petition for removal from the Eighth Judicial District Court. (ECF No. 1).

Under LR 26-1(a), the pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order.  Here, a discovery plan and scheduling order has not been filed.

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed discovery plan and scheduling order on or before March 10, 2023.

DATED this 28th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1