**LEX TECNICA LTD**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
VINCENT J. GARRIDO, ESQ.
Nevada Bar No. 15918
10161 Park Run Drive
Suite 150
Las Vegas, Nevada 89145
adam@lextecnica.com
vince@lextecnica.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E.,<br><br>  Plaintiffs,<br><br>vs.<br><br>KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA, CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive,<br><br>  Defendants. | CASE NO.: 2:22-cv-02171-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' TO FILE AMENDED COMPLAINT [ECF NO. 27]** |

   Plaintiffs Candra Evans and Terrell Evans, individually and as parents to R.E. (collectively "Plaintiffs"), by and through their undersigned counsel of record; and, Defendant(s), Kelly Hawes' ("Hawes"), Joshua Hager's ("Hager"), Scott Walker's ("Walker"), and Clark County School District's ("CCSD") (referred collectively herein as the "CCSD Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

///

1

1. Per ECF No. 27, Minutes of Proceedings of the Motion Hearing held on March 30, 2023, before the honorable Judge Jennifer A. Dorsey, the above-entitled court dismissed multiple claims alleged by Plaintiffs' Complaint, without prejudice, and with leave to amend.

2. Pursuant to that ruling, the current deadline file for Plaintiffs to file a First Amended Complaint is April 20, 2023.

3. Plaintiffs have requested that Defendants stipulate to extend the deadline to file their Amended Complaint, as Plaintiffs recently began the process of seeking the assistance of new counsel and are awaiting arrival of the transcript of the Motion Hearing from the Court.

4. Based on the foregoing, the undersigned counsel for Plaintiffs and the undersigned counsel for the CCSD Defendants hereby stipulate to extend the time within which Plaintiffs must file their First Amended Complaint, from April 20, 2023, to up to and including May 10, 2023.

**IT IS SO STIPULATED**.

DATED this <u>19th</u> day of April, 2023.

**LEX TECNICA LTD**

*/s/ Vincent J. Garrido*
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
VINCENT J. GARRIDO, ESQ.
Nevada Bar No. 15918
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
adam@lextecnica.com
vince@lextecnica.com
*Attorneys for Plaintiffs*

DATED this <u>19th</u> day of April, 2023.

**GREENBERG TRAURIG, LLP**

*/s/ Kara B. Hendricks*
MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
TAMI D. COWDEN, ESQ.
Nevada Bar No. 08994
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
*Counsel for Defendants, Clark County School District and Defendants Jara, Hawes, Hager, and Walker*

# ORDER

Based upon and in accordance with the stipulation of the parties, IT IS HEREBY ORDERED that the time for Plaintiffs to file a First Amended Complaint is extended as follows:

Current Deadline:   April 20, 2023.

New Deadline:   May 10, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

4-21-2023
_____
DATED

3