# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CANDA EVANS, et al.,

    Plaintiff(s),

vs.

KELLY HAWES, et al.,

    Defendant(s).

Case #2:22-cv-02171-JAD-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Christina (Stierhoff) Compagnone, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

American Center for Law and Justice
(firm name)

with offices at 201 Maryland Ave., NE
(street address)

Washington, D.C. , District of Columbia , 20002 ,
(city) (state) (zip code)

202-641-9158 , ccompagnone@aclj.org .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Plaintiffs to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___May 2017___ , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Virginia_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Virginia State Bar | 05/15/2017 | 91658 |
| D.C. Bar | 2/8/2020 | 1657929 |
| Please see attached list. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

No.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Virginia
City
~~COUNTY~~ OF Virginia Beach

Christina Compagnone, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

20 day of Jun, 2023.

Lisa Marie Cobb
_____
Notary Public or Clerk of Court

LISA MARIE COBB
NOTARY PUBLIC
REG. #7666206
MY COMMISSION EXPIRES
01/31/2025
COMMONWEALTH OF VIRGINIA

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Vincent J. Garrido___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10161 Park Run Drive, Ste. 150
(street address)

Las Vegas , Nevada , 89145
(city)         (state)     (zip code)

916-501-4527 , vince@lextecnica.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Vincent Garrido_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____*Candra Evans*_____
(party's signature)

Candra Evans
(type or print party name, title)

_____*Terrell Evans*_____
(party's signature)

Terrell Evans
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*signature*_____
Designated Resident Nevada Counsel's signature

15918                    vince@lextecnica.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## CHRISTINA A. COMPAGNONE
## BAR AND COURT ADMISSIONS

DATE ADMITTED

**STATE COURTS:**

Supreme Court of Virginia (91658) ...................................................April 14, 2017

District of Columbia Court of Appeals (1657929) ........................February 10, 2020

**FEDERAL COURTS:**

U.S. Court of Appeals, 6th Circuit ....................................................December 2021

U.S. Court of Appeals, 9th Circuit .......................................................June 10, 2020

U.S. Court of Appeals, 11th Circuit ..................................................... May 11, 2021

U.S. District Court for the District of Columbia ................................July 22, 2020



# OFFICE OF DISCIPLINARY COUNSEL

Hamilton P. Fox, III
*Disciplinary Counsel*

Julia L. Porter
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Theodore P. Metzler
Becky Neal

*Assistant Disciplinary Counsel*
Caroll G. Donayre
Jerri U. Dunston
Dru M. Foster
Jason R. Horrell
Ebtehaj Kalantar
Jelani C. Lowery
Sean P. O'Brien
Joseph C. Perry
Melissa J. Rolffot
William R. Ross
Traci M. Tait
Cynthia G. Wright

*Senior Staff Attorney*
Lawrence K. Bloom

*Staff Attorney*
Arquimides R. Leon
Amanda Ureña
Angela M. Walker

*Manager, Forensic Investigations*
Charles M. Anderson

*Investigative Attorney*
Azadeh Matinpour

## CERTIFICATE CONCERNING DISCIPLINE AND/OR ADMINISTRATIVE SUSPENSION

The undersigned is Disciplinary Counsel for the District of Columbia Bar, having been appointed by the Board on Professional Responsibility ("Board") pursuant to Rule XI, § 4(e)(2), of the Rules of the District of Columbia Court of Appeals Governing the Bar. As such, this office is the custodian of the records of the Board and has access to the membership records of the unified District of Columbia Bar.

On February 8, 2020, Christina A. Stierhoff was admitted to practice in the District of Columbia and currently is an active member in good standing of the Bar.

No discipline has been imposed upon this attorney nor has Disciplinary Counsel filed a petition seeking discipline against this attorney. No complaint has been filed, upon which basis, this attorney has been required to respond to a formal investigation by Disciplinary Counsel.

Hamilton P. Fox, III
Disciplinary Counsel

Dated: June 21, 2023
JLP:blb

Emailed: chris20@mail.regent.edu

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **CHRISTINA ANN CARTER STIERHOFF** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. STIERHOFF** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 14, 2017,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 27, 2023

DaVida M. Davis
**Director of Regulatory Compliance**