**LEX TECNICA LTD**
SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
VINCENT J. GARRIDO, ESQ.
Nevada Bar No. 15918
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
sam@lextecnica.com
vince@lextecnica.com

**THE AMERICAN CENTER FOR LAW AND JUSTICE**
BENJAMIN P. SISNEY, ESQ.*
(D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
bsisney@aclj.org
ABIGAIL SOUTHERLAND, ESQ.*
(TN. Bar No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
asoutherland@aclj.org
*Admitted pro hac vice
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E., <br><br> Plaintiffs, <br> vs. <br><br> KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA, CLARK COUNTY SCHOOL DISTRICT, et al. <br><br> Defendants. | CASE NO.: 2:22-cv-02171-JAD-VCF <br><br> **STIPULATION REGARDING STAY OF CERTAIN DISCOVERY AND STIPLATION TO AMEND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **(First Request)** |

Plaintiffs, Candra Evans, Terrell Evans, individually and as parents to R.E., and

1

Defendants Defendant(s), Kelly Hawes' ("Hawes"), Joshua Hager's ("Hager"), Scott Walker's ("Walker"), and Clark County School District's ("CCSD") (referred collectively herein as "CCSD Defendants"), by and through their attorneys, hereby stipulate to stay certain discovery pending a decision on Defendants' Motion to Dismiss First Amended Complaint (ECF No. 36) or Motion to Stay Discovery (ECF No. 46), whichever is decided first.

On March 13, 2023, the parties submitted their Stipulated Discovery Plan and Scheduling Order (ECF No. 25). On or about April 5, 2023, the parties exchanged Initial Disclosures in accordance with the Scheduling Order.

On May 10, 2023, Plaintiffs filed their First Amended Complaint (ECF No. 31). On May 24, 2023, Defendants filed a Motion to Dismiss First Amended Complaint (ECF No. 36) (hereafter ("Motion to Dismiss FAC"). On June 7, 2023, Plaintiffs filed their Response in opposition to Defendants' Motion to Dismiss FAC (ECF No. 38). Defendants filed a Reply in support of their Motion to Dismiss FAC (ECF No. 39) on June 14, 2023. Defendants' Motion to Dismiss FAC is currently awaiting a decision from this Court.

On August 11, 2023, Defendants served written discovery on Plaintiffs Candra Evans and R.E. On August 14, 2023, Plaintiffs served written discovery on all Defendants and on August 18, 2023 Plaintiffs served Notices of Depositions for September 12, 13 and 14, 2023. On August 18, 2023, Defendants filed a Motion to Stay (ECF No. 46) requesting the court to stay all discovery pending a decision on Defendants' second Motion to Dismiss.

As will be discussed in the briefing of the Defendant's Motion to Stay, the parties have met and conferred several times in an attempt to reach a resolution regarding outstanding discovery and current discovery deadlines. Given the issues raised in the Motion to Stay and scheduling constraints the parties have agreed to the following:

1. The Parties will respond in good faith and in a timely manner to all written discovery

2

1  already served. Objections raised to discovery shall be reasonable.

2      2.  Plaintiff has noticed depositions and desires to proceed with discovery as quickly as
3  possible, but given Defendants' Motion to Stay, the Parties agree to stay all further discovery,
4  including depositions of the Parties, until the court rules on the Motion to Stay or the Motion to
5  Dismiss FAC, whichever occurs first.

6      3.  The Parties agree to amend the Stipulated Discovery Plan and Scheduling Order to
7  allow discovery to extend beyond the current deadline of September 15, 2023. The new deadline
8  for discovery will be sixty (60) days after the date the Court rules on the first of Defendants' two
9  pending motions - the Motion to Stay or Motion to Dismiss FAC.

10     4.  Once a ruling on the Motion to Stay or Motion to Dismiss is issued, whichever is first,
11 the Parties will promptly commence and facilitate all remaining discovery, including depositions
12 within the agreed upon sixty (60) days, and work together in good faith to accommodate end of
13 year holiday schedules.

15     IT IS SO STIPULATED

16 DATED this 29th day of August, 2023                DATED this 29th day of August, 2023

17 **LEX TECNICA LTD**                                **GREENBERG TRAURIG, LLP**

18 SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532                                */s/ Kara B. Hendricks*
19 VINCENT J. GARRIDO, ESQ.                          MARK E. FERRARIO, ESQ.
Nevada Bar No. 15918                                Nevada Bar No. 01625
20 10161 Park Run Drive, Suite 150                   KARA B. HENDRICKS, ESQ.
Las Vegas, Nevada 89145                             Nevada Bar No.
21 sam@lextecnica.com                                07743 TAMI D.
vince@lextecnica.com                                COWDEN, ESQ.
22                                                  Nevada Bar No. 08994
                                                    CHRISTIAN T. SPAULDING, ESQ.
23 **THE AMERICAN CENTER FOR LAW AND JUSTICE**       Nevada Bar No. 14277

24 /s/Abigail Southerland                            *Counsel for Defendants, Clark County School District and Defendants Jara, Hawes, Hager, and Walker*
ABIGAIL SOUTHERLAND, ESQ.*
25

3

(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
asoutherland@aclj.org

BENJAMIN P. SISNEY, ESQ.*
(D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
bsisney@aclj.org

*Attorneys for Plaintiffs*

*Admitted pro hac vice

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

9-15-2023
_____
DATED

4