# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E., | 2:22-cv-02171-JAD-VCF |
| Plaintiff(s), | **ORDER** |
| v. | |
| KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA CLARK COUNTY SCHOOL DISTRICT; and DOES 1 through 100; ROE ENTITIES 11 through 200, inclusive, | |
| Defendant(s). | |

Before the court is defendants' motion to stay discovery. (ECF No. 46).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendants' motion to stay discovery (ECF No. 46), is SCHEDULED for 10:00 AM, October 10, 2023, in Courtroom 3D.

DATED this 15th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE