**LEX TECNICA LTD**
SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
sam@lextecnica.com

**THE AMERICAN CENTER FOR LAW AND JUSTICE**
BENJAMIN P. SISNEY, ESQ.*
(D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C. 20002
T: 202-546-8890 / F: 202-546-9309
bsisney@aclj.org
ABIGAIL SOUTHERLAND, ESQ.*
(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
T: 615-599-5572 / F: 615-599-5180
asoutherland@aclj.org
*Admitted pro hac vice

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E., <br><br> Plaintiffs, <br> vs. <br><br> KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA, CLARK COUNTY SCHOOL DISTRICT, et al., <br><br> Defendants. | CASE NO.: 2:22-cv-02171-JAD-VCF <br><br> **STIPULATION AND ORDER [PROPOSED] FOR EXTENTION OF TIME TO TAKE THE FRCP 30(b)(6) DEPOSITION OF DEFENDANT CLARK COUNTY SCHOOL DISTRICT** |

Plaintiffs Candra Evans and Terrell Evans, individually and as parents to R.E. (collectively "Plaintiffs"), by and through their undersigned counsel of record; and, Defendant(s), Kelly Hawes' ("Hawes"), Joshua Hager's ("Hager"), Scott Walker's ("Walker"), and Clark

1

**Error! Unknown document property name.**

County School District's ("CCSD") (referred collectively herein as the "CCSD Defendants" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to extend the time for taking the FRCP Rule 30(b)(6) deposition(s) of Defendant CCSD and request this Court enter order effectuating the same of as follows:

At the moment, discovery in this case is governed by scheduling order entered by the honorable Magistrate Judge Cameron Ferenbach on the record and by minute order dated October 10, 2023.  That order limits discovery to matters related to Plaintiff C.E.'s first amendment cause of action and Plaintiff R.E.'s tort cause of action for assault and battery.  The order provides the parties until December 15, 2023, to complete said discovery.

**I.      DISCOVERY COMPLETED**

The Parties have completed the following discovery:

   a. Plaintiffs served and the CCSD Defendants responded to requests for admissions and requests for production of documents;
   b. Defendants served and the Plaintiffs responded to interrogatories, requests for admissions and requests for production of documents;
   c. Plaintiffs took the deposition of Defendant Hawes;
   d. Plaintiffs took the deposition of Defendant Jara;
   e. Defendants took the deposition of Plaintiff R.E.; and
   f. Defendants took the deposition of Plaintiff C.E.

///

///

///

///

///

2

**Error! Unknown document property name.**

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

Deposition(s) of Defendant CCSD's representatives pursuant to FRCP Rule 30(b)(6) and, depending upon the information provided by the Rule 30(b)(6) representative, the deposition of CCSD Board President.

## III. REASONS FOR EXTENSION OF TIME

The Parties continue to make a concerted effort to reach an agreement on the scope of the deposition topics upon which examination of CCSD's representative(s) will be taken. The Parties' efforts to reach a consensus have faced nuanced difficulty due to the scope of discovery delineated by the Court and interplay between the federal First Amendment cause of action by Plaintiff Candra Evans (Count 1) and the state tort cause of action by Plaintiff R.E. for alleged assault/battery (Count 7), respectively, in addition to other factors such as availability of witnesses and the scheduling depositions with out-of-state counsel who travels to this Court's district to participate in matters related to this case.

The Parties met with the Court on November 16, 2023, to address matters related to the depositions of various individual defendants. Shortly thereafter, the parties began discussions to address the 30(b)(6) deposition topics and since then have continued to confer in good faith and make progress towards clarifying and narrowing their respective positions. The Parties recently reached mutually agreeable terms on the matters for examination for a 30(b)(6) witness in relation to Plaintiff Candra Evans's First Amendment claims, however, due to scheduling difficulties for both the witness and Plaintiff's out-of-state counsel during the holiday season, are unable to conduct the deposition until after the first of the year. With respect to Plaintiff R.E.'s tort claims for assault and battery, the Parties are conferring regarding the need for a 30(b)(6) witness on this issue and the potential scope of the same.

**Error! Unknown document property name.**

For these reasons, the Parties stipulate to extend the time to complete the deposition(s) in accordance with the schedule proposed below.

### IV. PROPOSED SCHEDULE FOR COMPLETING THE DISCOVERY

The Parties will work in good faith to complete the deposition(s) identified herein by February 7, 2024.

### V. CONCLUSION

The parties are doing their best to behave professionally, and reach agreement without the Court's involvement, and appreciate the Court's attention to this matter to avoid unnecessary disputes and respectfully stipulate to the extension requested herein.

**IT IS SO STIPULATED.**

DATED this 14th day of December, 2023.          DATED this 14th day of December, 2023.

**LEX TECNICA LTD**                                              **GREENBERG TRAURIG, LLP**

*/s/ Samuel Castor*                                                    */s/ Kara B. Hendricks*
SAMUEL CASTOR, ESQ.                                       MARK E. FERRARIO, ESQ.
Nevada Bar No. 11532                                            Nevada Bar No. 01625
10161 Park Run Drive, Suite 150                           KARA B. HENDRICKS, ESQ.
Las Vegas, Nevada 89145                                       Nevada Bar No. 07743
                                                                                      CHRISTIAN T. SPAULDING, ESQ.
THE AMERICAN CENTER                                    Nevada Bar No. 14277
FOR LAW AND JUSTICE                                     Counsel for Defendants, Clark County
BENJAMIN P. SISNEY, ESQ.*                             School District and Defendants Jara,
(D.C. Bar No. 1044721)                                         Hawes, Hager, and Walker
201 Maryland Avenue, NE
Washington, D.C. 20002
ABIGAIL SOUTHERLAND, ESQ.*
(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067

*Admitted pro hac vice

Attorneys for Plaintiffs

4

**Error! Unknown document property name.**

# ORDER

Consistent with and based upon the above stipulation, **IT IS HEREBY ORDERED** that the Parties shall have until February 7, 2024, to complete depositions relating to the federal First Amendment cause of action by Plaintiff Candra Evans (Count 1) and the state tort cause of action by Plaintiff R.E. for alleged assault/battery (Count 7).

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

12-14-2023
DATED

**Error! Unknown document property name.**