**LEX TECNICA LTD**
SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
sam@lextecnica.com

**THE AMERICAN CENTER
FOR LAW AND JUSTICE**
ABIGAIL SOUTHERLAND, ESQ.*
(TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
T: 615-599-5572 / F: 615-599-5180
asoutherland@aclj.org
*Admitted pro hac vice

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANDRA EVANS, individually and as parent to R.E., TERRELL EVANS, individually and as parent to R.E.,<br><br>      Plaintiffs,<br>vs.<br><br>KELLY HAWES, JOSHUA HAGER, SCOTT WALKER, JESUS JARA, CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>      Defendants. | CASE NO.: 2:22-cv-02171-JAD-DJA<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>ECF No. 83 |

   Plaintiffs, Candra Evans and Terrell Evans, individually and as parents to Plaintiff R.E. (collectively "Plaintiffs"), and Defendants, Kelly Hawes ("Hawes") and Clark County School District's ("CCSD") (referred collectively herein as the "CCSD Defendants") hereby notify the Court that this matter has been settled and, therefore, stipulate that this case shall be, and hereby is dismissed with prejudice with each party to bear their own fees and costs.

1

ACTIVE 704475700v1

1  IT IS SO STIPULATED.

2  DATED this 26th day of November 2024.

3

4  **LEX TECNICA LTD**                          **GREENBERG TAURIG, LLP**

5  /s/ Samuel Castor                           /s/ Kara B. Hendricks
   SAMUEL CASTOR, ESQ.                         MARK E. FERRARIO, ESQ.
   Nevada Bar No. 11532                        Nevada Bar No. 01625
6  10161 Park Run Drive, Suite 150             KARA B. HENDRICKS, ESQ.
   Las Vegas, Nevada 89145                     Nevada Bar No. 07743
7                                              Counsel for Defendants, Clark County
                                               School District and Kelly Hawes
8  THE AMERICAN CENTER
   FOR LAW AND JUSTICE
9
   /s/Abigail Southerland
10 ABIGAIL SOUTHERLAND, ESQ.*
   (TN. Bar. No. 026608)
11 625 Bakers Bridge Ave., Suite 105-121
   Franklin, Tennessee 37067
12
   BENJAMIN P. SISNEY, ESQ.*
13 (D.C. Bar No. 1044721)
   CHRISTY COMPAGNONE, ESQ.*
14 (D.C. Bar No. 1657929)
   OLIVIA SUMMERS, ESQ.*
15 (D.C. Bar No. 1017339)
   201 Maryland Avenue, NE
16 Washington, D.C. 20002

17 *Admitted pro hac vice

18 Attorneys for Plaintiffs

[Formatted: Underline]

2

ACTIVE 704475700v1

**ORDER**

Based on the parties' stipulation [ECF No. 83] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

12/2/24
_____
DATED

3

ACTIVE 704475700v1